IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>             Plaintiff,                       )<br>                                                          )<br>    -vs-                                              )<br>                                                          )<br> MICHAEL WASHINGTON,             )<br>                                                          )<br>             Defendant.                    ) | CASE NO.  4:07CR3143<br><br>**ORDER** |

This matter comes before the Court on defendant's Unopposed Motion for Release to State Custody, filing 14. The Court, being fully advised in the premises and noting that the government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall be released from the custody of the United States Marshal to the custody of the Nebraska Department of Correctional Services to begin serving the remainder of a prior state prison sentence.

IT IS FURTHER ORDERED that the U.S. Marshal's office shall file an appropriate detainer so that the defendant, upon being released from state custody, shall be transferred back to federal custody.

Dated this 27th day of November, 2007.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge