IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>MICHAEL DUAYNE WASHINGTON,<br><br>               Defendant. | )<br>)   Case No.  4:07CR3143<br>)<br>)<br>)<br>)   **ORDER**<br>)<br>)<br>) |

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Trial, filing 17.  Being fully advised in the premises, and noting that the government has no objection to the same, this Court finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant's trial, presently scheduled for January 7, 2008, shall be continued until March 3, 2008, at 9:00 a.m.  The defendant is ordered to appear at said time.

IT IS FURTHER ORDERED  that based upon the showing set forth in defendant's motion, the ends of justice will be served by continuing defendant's trial.  Further, that taking such action outweighs the best interests of the public and the defendant in a speedy trial.  Accordingly, the time from December 19, 2007, until the date now scheduled for trial shall be excludable time pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated this 19th day of December, 2007.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge