```
           IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )         4:07CR3143
                               )
      v.                       )
                               )
MICHAEL DUAYNE WASHINGTON,     )         ORDER
                               )
            Defendant.         )
                               )
```

IT IS ORDERED:

Defendant's motion, filing 22, to file a restricted motion is granted and the clerk is directed to file document number 23 as a restricted access document.

DATED this 26th day of March, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge