IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3143 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MICHAEL DUAYNE WASHINGTON, | ) | |
| | ) | |
| Defendant. | ) | |

After considering the report of the pretrial services officer dated April 4, 2008,

IT IS ORDERED that the defendant's motion (filing 23) to review detention is granted in part and denied in part. The question of detention has been reviewed. The defendant will remain detained.

April 10, 2008.    BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge