AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Michael Duayne Washington | ) | Case No: 4:07CR3143 |
|  | ) | USM No: 21800-047 |
| Date of Original Judgment: 07/18/2008 | ) | |
| Date of Previous Amended Judgment: | ) | John C. Vanderslice |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  140  months **is reduced to**  120 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

The defendant shall not be released any earlier than November 1, 2015.

Except as otherwise provided, all provisions of the judgment dated  07/18/2008  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  07/06/2015              s/ Richard G. Kopf
                                    *Judge's signature*

Effective Date:  11/01/2015          Richard G. Kopf, Senior United States District Judge
*(if different from order date)*     *Printed name and title*

AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 2 of 2 (Page 2 Not for Public Disclosure)

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: Michael Duayne Washington
CASE NUMBER: 4:07CR3143
DISTRICT: District of Nebraska

**I. COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*

| | | |
|---|---|---|
| Previous Total Offense Level: 29 | | Amended Total Offense Level: 27 |
| Criminal History Category: V | | Criminal History Category: V |
| Previous Guideline Range: 140 to 175 months | | Amended Guideline Range: 120 to 150 months |

**II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

**III. ADDITIONAL COMMENTS**

Filing nos. 52, 58, 60 and 61 are granted as provided herein.